

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-83,901-01

### EX PARTE CHUNG KIM, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. W13-52168-U(A) IN THE 291ST DISTRICT COURT
### FROM DALLAS COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). This Court remanded the writ application for a response from counsel and findings from the habeas court. *Ex parte Kim*, No. WR-83,901-01 (Tex. Crim. App. Nov. 11, 2015) (not designated for publication). The District Clerk forwarded a supplemental record to this Court containing, among other things, findings of fact and conclusions of law in which the habeas court recommends that relief be denied. The findings and conclusions refer to pleadings filed by Applicant, including a Motion to Supplement and Amend Writ in which he raised additional claims of ineffective assistance of counsel. However, the supplemental record

returned to this Court with the findings of fact contains no additional pleadings filed by Applicant. TEX. CODE CRIM. PROC. art. 11.07 § 3(d).

The District Clerk of Dallas County shall file a response that includes any subsequent pleadings filed by Applicant, including motions and additional writ grounds. Should the District Clerk determine it has no such supplemental pleadings on file, it shall certify that Applicant filed no additional pleadings under Article 11.07 of the Code of Criminal Procedure after his initial writ application, which was filed in the trial court on August 13, 2015.

This application will be held in abeyance the District Clerk responds. A supplemental transcript containing any additional pleadings filed by Applicant along with any other supplemental material relating to this habeas corpus application shall be forwarded to this Court within 30 days of the date of this order. Any extensions of time shall be obtained from this Court.

Filed: March 22, 2017
Do not publish